IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2018 SEP 18 A 10: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LARRY DALE BROWN 221622
Full name and prison number
of plaintiff(s)

v.

WARDEN STRICKLAND

CAPTAIN DRAKE

OFFICER KING

MENTAL HEALTH SUPERVISOR MRS. CRAIG

ADOC I+I SUPERVISOR

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO 2:18-CV-802-WKW-SRW
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action? YES ( ) NO (X)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment? YES ( ) NO (X)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below. (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _VENTRESS CORRECTIONAL FACILITY_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _VENTRESS CORRECTIONAL FACILITY_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | WARDEN STRICKLAND | 379 HWY 239 NORTH CLAYTON, AL 36016 |
| 2. | CAPTAIN DRAKE | " " |
| 3. | CORRECTIONAL OFFICER KING | " " |
| 4. | MRS. CRAIG MENTAL HEALTH SUPERVISOR | " " |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _AUGUST 19, 2018_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _FAILURE TO PROTECT_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

MUTIPLE ATTEMPS HAVE BEEN MADE NOTIFYING SECURITY OF THREATS TO MY SAFETY. APPROPREIATE MESSURSE HAVE NOT BEEN TAKEN TO ENSURE MY SAFETY. FAILURE TO RESPOND I WAS ASSAULTED BY ANOTHER INMATE WITH A WEAPON. HE STATED TO OFFICER KING THE REASON FOR THE ASSAULT WAS HE TOOK UP A HIT IN WHICH WAS PLACED ON ME.

GROUND TWO: LACK OF SECURITY

SUPPORTING FACTS: DUE TO LACK OF SECURITY AN INMATE ENTERED THRU AN UNSECURED ENTRY GATE INTO THE MEDICAL WARD ASSAULTING ME WITH A WEAPON. THE INMATE WAS ON MENTAL HEALTH OBSERVATION, SLEEPING IN THE HALLWAY RATHER THAN BEING PLACED IN A OBSERVATION CELL

GROUND THREE: DENILE ~~FAILURE~~ OF DUE PROCESS OF LAW

SUPPORTING FACTS: I HAVE MADE NUMEROUS ATTEMPTS REQUESTING TO PRESUE IN CRIMANAL PROSSECUTION OF THE INMATE EACH ATTEMPT IS IGNORED OR JUST DENIED STATING THATS NOT DONE HERE.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

DIRECT OFFICALS TO ADEQUATELY AND PROPERLY ADDRESS AND ALLOW PROCESSUCTION IN ALL CRIMINAL MATTERS.

PLACE ME IN PROTECTIVE CUSTODY TO ENSURE MY SAFETY, PAY ME FOR ALL THE MENTAL STRESS AND ANGUISH I AM SUFFERING STILL LIVING IN FEAR.

*Larry Brown*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Sept 15, 2018.
(Date)

*Larry Brown*
Signature of plaintiff(s)

4

LARRY D. BROWN AIS 221633
ADOC VENTRESS
VENTRESS CORRECTIONAL FACILITY
379 HIGHWAY 239 NORTH
CLAYTON, ALABAMA 36016

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

MONTGOMERY AL XXX
17 SEP 2018 PM 3 L

US DISTRICT COURT
ONE CHURCH STREET, SUITE B-100
MONTGOMERY, ALABAMA 36104-4018

36104-401801