IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY DALE BROWN, #221 622, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:18-CV-802-WKW<br>) [WO]<br>) |
| WARDEN STRICKLAND, *et al.*, | )<br>) |
| Defendants. | ) |

# **ORDER**

On February 6, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 38.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that the Motion for Preliminary Injunction (Doc. # 5) is DENIED.

This action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 28th day of February, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE