IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRY DALE BROWN, #221 622,  )
  )
Plaintiff,  )
  )
v.  )  CASE NO. 2:18-CV-802-WKW
  )  [WO]
WARDEN MICHAEL  )
STRICKLAND, CAPTAIN DRAKE,  )
OFFICER KING, and MENTAL  )
HEALTH SUPERVISOR MRS.  )
CRAIG,  )
  )
Defendants.  )

## ORDER

On October 10, 2019, the Magistrate Judge filed a Recommendation to which

no timely objections have been filed.  (Doc. # 46.)  Upon an independent review of

the record and the Recommendation, it is ORDERED that the Recommendation is

ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 4th day of November, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE